# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALPHA SOURCE Inc.,**

    Plaintiff,

  -vs-                              Case No. 13-C-908

**ERP LOGIC, LLC,**

    Defendant.

## DECISION AND ORDER

The Court is in receipt of a letter from the plaintiff, Alpha Source, Inc., requesting the appointment of a private mediator over the objection of the defendant, ERP Logic, LLC, which would prefer to mediate before Magistrate Judge Nancy Joseph. As a general principle, the Court cannot force litigants to engage in non-binding mediation. *See In re African-Am. Slave Descendants' Litigation*, 272 F. Supp. 2d 755 (N.D. Ill. 2003). If the parties cannot agree on a mediator, then there is no agreement to mediate. The plaintiff's request [ECF No. 23] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2014.

                                          **BY THE COURT:**

                                          */s/ Rudolph T. Randa*
                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**